Florencia A. ABIERA, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,
Respondent.

No. 2011–3193.

United States Court of Appeals,
Federal Circuit.

Jan. 18, 2012.

Florencia A. Abiera, Olongapo City, Philippines, pro se.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

David D. STEWARD, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2012–7034.

United States Court of Appeals,
Federal Circuit.

Jan. 18, 2012.

David D. Steward, Crawfordville, FL, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.